1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>v.<br><br>BRIAN ALEJANDRO MONTEMAYOR-LARA,<br><br>                                   Defendant. | Case No.:  16cr2069-MMA<br><br>**ORDER AND JUDGMENT OF DISMISSAL**<br><br>[Doc. No. 42] |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Upon application of the United States pursuant to Federal Rule of Criminal Procedure 48(a), in the interests of justice, the Court **GRANTS** the motion to dismiss the Information in this case without prejudice.

**IT IS SO ORDERED AND ADJUDGED**.

DATE: September 29, 2016

_____
HON. MICHAEL M. ANELLO
United States District Judge

1

16cr2069-MMA